# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
LAWRENCE S. BADER
BENJAMIN S. FISCHER
CATHERINE M. FOTI
PAUL R. GRAND
LAWRENCE IASON
BRIAN A. JACOBS
JUDITH L. MOGUL
JODI MISHER PEIKIN
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION
212-880-9520
ranello@maglaw.com

COUNSEL
JASMINE JUTEAU
CURTIS B. LEITNER
JACOB W. MERMELSTEIN
DANIEL F. WACHTELL

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

October 6, 2017

**MEMO ENDORSED**

<u>VIA EMAIL</u>

The Honorable Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas Street
White Plains, New York 10601

> Re: <u>United States v. Michael Scronic, 17-mj-7351,</u>
> <u>Modification of Pretrial Release</u>

Dear Judge Smith:

At the initial appearance yesterday, your Honor released Mr. Scronic on bond, with one of the conditions of bond that he not have any contact with his investors outside of the presence of counsel.

At the time of the hearing, we were not aware that Mr. Scronic's mother may have been an investor. Mrs. Scronic would like to be able to visit with her son this weekend, but of course we do not Mr. Scronic to violate the terms of his pretrial release. We therefore respectfully request that, by "so ordering" this letter, the Court allow Mr. Scronic's mother to be able to have contact with Mr. Scronic outside of the presence of counsel. We have discussed this matter with Assistant United States Attorney James McMahon and he has no objection.

Thank you for the Court's consideration of this request.

Very truly yours,

Robert J. Anello

cc: AUSA James McMahon (via email)

SO ORDERED:

Hon. Lisa Margaret Smith
U.S.M.J.