

MARK A. PANZAVECCHIA*†  
RICHARD HUJBER*  
DINA H. SHEHATA*†**

**PANZAVECCHIA & ASSOCIATES** PLLC  
ATTORNEYS AT LAW

OF COUNSEL  
DAWN SHAMMAS†  
MILTON H. FLOREZ†

ADMITTED IN  
† NEW YORK  
** NEW JERSEY  
* FLORIDA

OFFICES ALSO LOCATED IN:  
ELMHURST, NY  
NEW YORK, NY  
BOYNTON BEACH, FL

January 29, 2018

**VIA ECF**  
United States District Court  
Southern District of New York  
Honorable Cathy Seibel  
300 Quarropas Street  
White Plains, NY 10601

Re: U.S.A. v. Michael Scronic  
Docket No.: 18-cr-00043  
Request to be Relieved as Counsel

Dear Judge Seibel:

Please be advised, our firm was retained by Michael Scronic on January 17, 2018 in the above captioned matter. Our firm had taken over this matter from prior counsel Robert M. Radick, Esq., of Morvillo, Abramowitz, Grand, Iason & Anello, P.C. who had represented Mr. Scronic since October 5, 2017.

Due to an unforeseen set of circumstances, Mr. Scronic is unable to secure any finances in order to pay our firm for legal representation. Therefore, Mr. Scronic has no other means to retain our firm for legal representation. As such, we respectfully request that the court grant our application to be relieved as counsel and assign the Federal Public Defender's office in this matter.

Thank you for your immediate attention to this matter. Please feel free to contact the undersigned with any questions you may have.

Respectfully submitted,

By: Mark A. Panzavecchia, Esq.  
MAP 3420

---

*Handwritten annotation by Judge:*

Defendant will have to complete a financial affidavit and present it to the duty Magistrate Judge, who will determine if Defendant is financially eligible for appointed counsel and will make the appointment if appropriate.

SO ORDERED.

_Cathy Seibel_  
CATHY SEIBEL, U.S.D.J.

January 29, 2018

---