# (CRIMINAL) MEMORANDUM TO DOCKET CLERK

This form shall be returned to the docketing section, upon completion of a Hearing or Trial, or on the last day of the Calendar Month, when the action is continued to the following month. Should the Hearing or Trial continue for two or more weeks, this form should be submitted on a weekly basis.

BEFORE: **JUDGE McCARTHY**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

United States of America,                                    Docket No.  18 Cr. 43

        -against-

Michael Scronic,
                            Defendant(s)
-----------------------------------------------------------------X

## Select the type of Hearing or Trial.

[ ]Allocution Hearing        [ ]Evidentiary Hearing           [ ]Material Witness Hearing    [ ]Removal Hearing
[ ]Appearance Through Counsel [ ]Extradition Hearing          [ ]Motion Hearing              [ ]Revocation of Probation -
[ ]Appearance Without Counsel [ ]Fatico Hearing               [ ]Nara Report Hearing             Final Hearing
[ ] Arraignment              [ ]Forfeiture Hearing            [ ]Nebbia Hearing              [ ]Violation of Supervised
[x]Attorney Appointment Hearing [ ]Franks Hearing             [ ]Omnibus Hearing                 Release
[ ]Bench Trial               [ ]Hearing Out of Jury Presence  [ ]Oral Argument               [ ]Rule 44(c) Hearing
[ ]Bond Forfeiture Hearing   [ ]Hearing re Pro Se Status      [ ]Plea Agreement Hearing      [ ]Scheduling Conference
[ ]Bond Hearing              [ ]In Camera Hearing             [ ]Plea
[ ]Bond Revocation Hearing   [ ]In Chambers Conference        [ ]Preliminary Examination     [ ]Show Cause Hearing
[ ]Change of Plea Hearing    [ ]Initial Appearance            [ ]Preliminary Revocation      [ ]Status Conference
[ ]Competency Hearing        [ ]Initial Appearance -              Hearing                    [ ]Suppression Hearing
[ ]Contempt Hearing              Revocation Proceedings       [ ]Pretrial Conference         [ ]Telephone Conference
[ ]Curcio Hearing            [ ]Initial Appearance - Rule 40  [ ]Pre Se (Faretta) Hearing    [ ]Trial Ready Hearing
[ ]Detention Hearing         [ ]James Hearing                 [ ]Psychiatric Report          [ ]Voir Dire
[ ]Discovery Hearing         [ ]Jury Selection                    Hearing                    [ ]Other (Please Specify)
[ ]Dispositional Hearing (Juvenile) [ ]Jury Trial             [ ]Remand Hearing

## Select the action.
[ ]Began     [x] Held     [ ]Continued     [ ]Completed     [ ]Scheduled for

Date 2/2/18 Time  12:45   [ ]am [x]pm    Duration: (Hr.)_____ (Min.) 5

**The defendant present with attorney Mark Anthony Panzavecchia . AUSA: James McMahon. Court Reporter: Courtflow.**

**The Court relieved Mark Panzavecchia as counsel and, after approving the financial affidavit, assigned Rachel Martin as new counsel to represent Michael Scronic.**

                                                       Submitted by:   Jessica Hummel
                                                                Deputy Court Clerk

**The above information is required for the JS 6 report to the AO.**