

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 2, 2018

VIA REGULAR MAIL

Stratton Springs Condominium Association, Inc.
P.O. Box 504
Stratton Mountain, VT 05115

Re: United States v. Michael Scronic
18 Cr. 43 (CS)

Dear Sir/Madam:

Enclosed is a copy of the Consent Preliminary Order of Forfeiture as to Specific Property that has been filed in the aforementioned case, in the Southern District of New York.

Pursuant to Title 21, United States Code, Section 853(n), persons other than the defendant who wish to assert a legal interest in property that has been ordered forfeited to the United States must file a petition for a hearing to adjudicate the validity of their alleged interest in the property with the Court within thirty days (30) of the final publication of notice, or receipt of actual notice, whichever is earlier.

In addition, the petition must be signed by the petitioner under penalty of perjury and must set forth the nature and extent of the petitioner's right, title, or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title, or interest in the property, any additional facts supporting the claim, and the relief sought.

Very truly yours,

GEOFFREY S. BERMAN
United States Attorney
Southern District of New York

By: _____/s/_____
James McMahon
Assistant United States Attorney
Tel. (914) 993-1936

Enclosure