STATE OF VERMONT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X
          :
UNITED STATES OF AMERICA     :    PETITION RE
          :    OWNERSHIP INTEREST
    - v. -                       :    IN FORFEITED PROPERTY
          :
MICHAEL SCRONIC,               :    18 Cr. 43 (CS)
          :
    Defendant.            :
          :
------------------------------------------------------X

## AFFIDAVIT OF MICHAEL TAYLOR

I, Michael Taylor, being more than eighteen years old, first duly sworn, depose and say, under penalty of perjury, and based on my personal knowledge, as follows,:

1. I am the Property Manager for Stratton Springs Condominium Association, Inc. (the "Association").

2. The Association consists of owners of units in the Stratton Springs condominium project in Stratton, Vermont, Vermont.

3. I am familiar with the Association's books, financial records, and assessments.

4. Mr. Scronic owns Unit 1D at the project.

5. Regular assessments for maintenance and other costs are billed by the Association to Mr. Scronic.

6. Pursuant to the Association's Declaration and bylaws and by statute, Mr. Scronic is liable for all such assessments plus, in the event he fails to pay those costs, all related costs of collection, including reasonable attorneys' fees.

7. As of May 17, 2018, Mr. Scronic's unpaid charges and assessments for Unit 1D total $2,551.05, plus accruing assessments, interest, and late fees. In addition, the Association has accrued $540 in legal fees to date.

8. The total currently due is $3,091.05.

DATED at Stratton, Vermont this 24th day of May, 2018.

_____
Michael Taylor   Community Merger

STATE OF VERMONT
WINDHAM COUNTY, SS.

At Stratton, in said County and State, on this 24th day of May, 2018, personally appeared Michael Taylor, a person known or properly identified to me, and he acknowledged this instrument to be his free act and deed.

Before me,

_____
Notary Public
My Commission Expires: 2-10-19