UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                    *Plaintiff,*

               - *v.* -

MICHAEL SCRONIC,

                  *Defendant*

-------------------------------------------------------------X

**PETITION REGARDING OWNERSHIP INTEREST IN FORFEITED PROPERTY**

Case No. 18 Cr. 43 (CS)

    Ashley Scronic, being duly sworn and under the penalty of perjury respectfully submits this Petition pursuant to 21 U.S.C. § 853(n).

1. I am the wife of Michael Scronic having been married to him on June 26, 2004. We have one child, a six year old son, and are currently involved in divorce proceedings.

2. By letter dated May 2, 2018, Andrew Rubin received written notice, by mail, from Assistant U.S. Attorney James McMahon that Michael Scronic, the Defendant in the above-captioned action, had consented to the forfeiture of certain property, specifically a parcel of land in the Town of Pawling, New York, Dutchess County, on DiPietro Lane, Rear Lot #1B.

3. I claim an ownership in this property pursuant to real property and/or domestic relations laws of the State of New York.

4. The property was purchased during our marriage with marital assets and the deed to the property is in both my name and the Defendant's name. I am a joint tenant and have at least a one-half interest in the property.

5. At no time did I give permission to Michael Scronic to forfeit my interest in the property, or dispose of it in any fashion.

6. We are currently engaged in a divorce action in New York Supreme Court, Westchester County, scheduled for trial on June 13, 2018.

7. At said trial, it is expected that the ownership of any existing marital assets will be adjudicated.

8. Accordingly, I am requesting an opportunity to delay the hearing adjudicating the Government's forfeiture request with the respect to this property until the Supreme Court determines to whom the property belongs, and also to be allowed to participate in any sale of the property to obtain the most favorable sale price possible.

9. Since the Defendant's arrest, my son and I have been left with no source of income. I recently found employment and as a single parent I am in need of whatever funds are available to support myself and my son, and I am requesting a hearing to determine my right to that property.

Sworn to before me this
1st day of June 2018

_____
Ashley Scronic

MARK BADER
Notary Public - State of New York
NO. 01BA6342633
Qualified in Nassau County
My Commission Expires May 23, 2020

**CERTIFICATE OF SERVICE**

I hereby certify that today I electronically filed with the Clerk of Court the above Petition Regarding Ownership Interest in Forfeited Property.

The CM/ECF system will provide service of such filing via Notice of Electronic Filing (NEF) to the following parties:

- James McMahon, Esq., attorney for Plaintiff, United States of America;

- Susanne Brody, Esq., attorney for Defendant, Michael Scronic.

DATED at White Plains, New York, this 4th day of June, 2018.

Respectfully submitted,

By: *[signature]*
Andrew A. Rubin

1133 Westchester Avenue
Suite N-202
White Plains, New York 10604
FAX:    914-288-0850
EMAIL: AARubin1@HOTMAIL.COM

Attorney for Petitioner Ashley Scronic