UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
UNITED STATES OF AMERICA

               -against-

MICHAEL SCRONIC,

                          Defendant.
-------------------------------------------------------------------X

Cr. No. 18-CR-43 (CS)

NOTICE OF APPEARANCE

SIR OR MADAM:

      PLEASE TAKE NOTICE that Alexei Schacht, an attorney admitted to practice law before this Court, hereby appears as counsel of record for Michael Scronic.

                                  Respectfully submitted,

                                  *Alexei Schacht*

                                  _____
                                  Alexei Schacht
                                  Attorney at Law
                                  123 West 94th Street
                                  New York, New York 10025
                                  Tel: (646) 729-8180
                                  Fax: (212) 504-8341
                                  Email: alexei@schachtlaw.net

Dated:  June 11, 2018