ALEXEI SCHACHT

*Attorney At Law*

123 West 94th Street
New York, New York 10025
Phone:  (646) 729-8180
Fax:  (212) 504-8341
Email: alexei@schachtlaw.net
www.schachtlaw.net

June 11, 2018

*BY ECF*
The Honorable Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

   **Re:**  ***United States v. Michael Scronic, Cr. No. 18-CR-43 (CS)***

Dear Judge Seibel:

  Today I filed a Notice of Appearance on behalf of Michael Scronic. Mr. Scronic wishes me to represent him at his sentencing in this case which is now scheduled for July 9, 2018, although the final Presentence Investigation Report has not yet been prepared. I seek a 60-day adjournment of the sentence and will not seek any further adjournments, absent extraordinary circumstances. This is the first request for an adjournment of sentence. Should the Court order that a substitution conference be held then I am available anytime on June 21, 26, 27 or 28. Tomorrow at 7:30 a.m. I am going to Colombia for 4 days in connection with a case pending in the Southern District of New York but will be available by telephone or email while I am away. Next Monday I leave for a 4-day trip to Spain to see a client in a case pending in the Middle District of Florida, so that is why I am unavailable in person until June 21, 2018.

  Thank you very much for considering my request.

               Yours truly,

               */s/ Alexei Schacht*

               Alexei Schacht

cc:  Federal Defender (by ECF)
   United States Attorney (by ECF)