# Federal Defenders
## OF NEW YORK, INC.

Southern District
300 Quarropas Street, Room 260
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 997-6872

---

**David E. Patton**
*Executive Director
and Attorney-in-Chief*

Susanne Brody
*Attorney-in-Charge
White Plains*

June 11, 2018

BY HAND

The Honorable Cathy Seibel
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**Re:** *United States v. Michael Scronic*, **18cr0043-CS**

Dear Judge Seibel:

This letter is written on behalf of Michael Scronic and to update the Court about events since submission of my June 7, 2018 letter requesting an appointment of counsel hearing. It is my understanding that Alexei Schacht, an attorney based in Manhattan, plans to file a notice of appearance today on Mr. Scronic's behalf in the above captioned case. I spoke with Mr. Schacht this morning, who confirmed his intention to file a notice of appearance. Accordingly, no appointment of counsel hearing is warranted at this time.

Respectfully submitted,

Jason I. Ser

U.S. ATTORNEY
FOR THE S.D.N.Y.
JUN 11 2018

cc: James McMahon, A.U.S.A.
    Alexei Schacht (via email)