UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

UNITED STATES OF AMERICA,

        *Plaintiff,*

**PETITION REGARDING
OWNERSHIP INTEREST
IN FORFEITED PROPERTY**

        - *v.* -

Case No. 18 Cr. 43 (CS)

MICHAEL SCRONIC,

        *Defendant*

---------------------------------------------------------------X

      Ashley Scronic, being duly sworn and under the penalty of perjury respectfully submits this Petition pursuant to 21 U.S.C. § 853(n).

1. I am the wife of Michael Scronic having been married to him on June 26, 2004. We have one child, a six year old son, and are currently involved in divorce proceedings.

2. By letter dated May 2, 2018, Andrew Rubin received written notice, by mail, from Assistant U.S. Attorney James McMahon that Michael Scronic, the Defendant in the above-captioned action, had consented to the forfeiture of certain property, specifically a parcel of land in the Town of Pawling, New York, Dutchess County, on DiPietro Lane, Rear Lot #1B.

3. I claim an ownership in this property pursuant to real property and/or domestic relations laws of the State of New York.

4. The property was purchased during our marriage with marital assets and the deed to the property is in both my name and the Defendant's name. I am a joint tenant and have at least a one-half interest in the property.

5. At no time did I give permission to Michael Scronic to forfeit my interest in the property, or dispose of it in any fashion.

6. We are currently engaged in a divorce action in New York Supreme Court, Westchester County, scheduled for trial on June 13, 2018.

7. At said trial, it is expected that the ownership of any existing marital assets will be adjudicated.

8. Accordingly, I am requesting an opportunity to delay the hearing adjudicating the Government's forfeiture request with the respect to this property until the Supreme Court determines to whom the property belongs, and also to be allowed to participate in any sale of the property to obtain the most favorable sale price possible.

9. Since the Defendant's arrest, my son and I have been left with no source of income. I recently found employment and as a single parent I am in need of whatever funds are available to support myself and my son, and I am requesting a hearing to determine my right to that property.

Sworn to before me this
1st day of June 2018

Ashley Scronic

MARK BADER
Notary Public · State of New York
NO. 01BA6342633
Qualified in Nassau County
My Commission Expires May 23, 2020

* * * Communication Result Report ( Jun. 1. 2018 5:56PM ) * * *

Date/Time: Jun. 1. 2018 5:46PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 2918 | Memory TX | 913904278 | P. 3 | E-3) 3) | P. 1-3 |
| | | 912128050389 | | OK | |
| | | 919149931980 | | OK | |
| | | 912125710392 | | OK | |

```
Reason for error
      E. 1) Hang up or line fail          E. 2) Busy
      E. 3) No answer                      E. 4) No facsimile connection
      E. 5) Exceeded max. E-mail size      E. 6) Destination does not support IP-Fax
```

ANDREW A. RUBIN
ATTORNEY AT LAW
1123 WEST CHESTER AVENUE
SUITE N-202
WHITE PLAINS, NEW YORK 10604

OF COUNSEL: CADER, NOVICK,          TELEPHONE (914) 761-4200
PINTINI, COSSO & VENDITTI            FACSIMILE (914) 390-8200

FACSIMILE TRANSMITTAL COVER SHEET

PLEASE DELIVER THE FOLLOWING MATERIAL AS SOON AS POSSIBLE

| TO RECIPIENT(S) LISTED BELOW: | FACSIMILE NUMBER(S) |
|---|---|
| Honorable Cathy Seibel | 390-4027 |
| Clerks Office | 212-805-0365 |
| AUSA JoMcMahon | 993-1980 |
| Ms. Suzanne Brody | 212-571-0392 |

DATE: 6/1/18

FROM: Andrew Rubin

RE: U.S. V Michael Scronic 18CR43(CS)
Petition + Proposed Forfeiture Order

NUMBER OF PAGES (including this cover page): 3

REMARKS: Please see attached letter.

CONFIDENTIALITY NOTICE

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the U.S. Postal Service. Thank you.



# ANDREW A. RUBIN
### ATTORNEY AT LAW
1133 WESTCHESTER AVENUE
SUITE N-202
WHITE PLAINS, NEW YORK 10604

OF COUNSEL: GAINES, NOVICK,
PONZINI, COSSU & VENDITTI

TELEPHONE: (914) 761-9200
FACSIMILE: (914) 288-0850

---

### FACSIMILE TRANSMITTAL COVER SHEET

---

### PLEASE DELIVER THE FOLLOWING MATERIAL AS SOON AS POSSIBLE

| TO RECIPIENT(S) LISTED BELOW: | FACSIMILE NUMBER(S) |
|---|---|
| *Hon Cathy Seibel* | *390-4278* |
| | |

DATE: *6/4/18*

FROM: *Andrew Rubin*

RE: *US v Scronic, (Forfeiture Petition)*
*18 CR 43 (CS)*

NUMBER OF PAGES (including this cover page): *3 4*

REMARKS:    Please see attached letter.    *Alice- I included a copy of the confirmation sheet from 6/1 - + did not notice the error notation on your fa[x]*

### CONFIDENTIALITY NOTICE

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the U.S. Postal Service.  Thank you.