**ALEXEI SCHACHT**

*Attorney At Law*

123 West 94th Street
New York, New York 10025
Phone: (646) 729-8180
Fax: (212) 504-8341
Email: alexei@schachtlaw.net
www.schachtlaw.net

July 12, 2018

*BY ECF*
The Honorable Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

  **Re:**  *United States v. Michael Scronic, Cr. No. 18-CR-43 (CS)*

Dear Judge Seibel:

  My client's bail restricts his travel to the Southern and Eastern Districts of New York. I write to request that he be permitted to go to Woodstock, New York in the Northern District, this Saturday July 14, 2018 for a one-day meeting of Refugee Recovery (https://refugerecovery.org), a Buddhist inspired recovery group to which he belongs. It is a day-trip to Ulster County only and he will not be away overnight. His pre-trial services officer and the Government consent to this request.

  Thank you very much for considering this request.

            Yours truly,

            */s/ Alexei Schacht*

            Alexei Schacht

cc:  United States Attorney (by ECF)