**From:** michael scronic <scronic3@yahoo.com>
**Date:** October 12, 2015 at 7:02:21 AM EDT
**To:** ███████
**Subject:** ███ account balance 9/30/15

$128,492+($128,492*(1.098)-$128,492)*.604*.8-$128,492*.01*90/360 =$134,255