Statement Period: 04/01/17 to 06/30/17	Scronic Macro Fund

Investor



New York, NY

## Account Name: EG

**Portfolio Allocation by Asset Class**
- 98% Cash
- 2% Long Put Options

**Portfolio Summary (Pre taxes and fees):**

| | | |
|---|---|---|
| - Portfolio Value as of 3/30/17 | $ | 56,613 |
| - Additions | $ | 0 |
| - Withdrawals | $ | 0 |
| - Change in Investment Value | $ | 2,717 |
| Ending value as of 6/30/17 | $ | 59,330 |

## Fund Account Summary

Fund Name: Scronic Macro Fund
Market Value: (refer to above)
Shares Held: 06/30/17: 9.48
NAV: 06/30/17: 6260.16
% of Total: 100.00