# Time Period Benchmark Comparison



| Date | SPX | U269402 |
|---|---|---|
| 01/11/16 | 0.09% | 37.14% |
| 01/12/16 | 0.78% | 76.75% |
| 01/13/16 | -2.49% | 90.41% |
| 01/14/16 | 1.67% | -73.67% |
| 01/15/16 | -2.16% | 891.75% |
| Average | -0.42% | 204.48% |

# InteractiveBrokers

Interactive Brokers LLC, Two Pickwick Plaza, Greenwich, CT 06830

## Activity Statement
January 18, 2016 - January 22, 2016

? Help

## Account Information

| Name | Michael W Scronic |
| --- | --- |
| Account | U269402 |
| Account Type | Individual |
| Customer Type | Individual |
| Account Capabilities | Margin |
| Base Currency | USD |

## Net Asset Value

| | January 15, 2016 | | January 22, 2016 | | Change |
| --- | --- | --- | --- | --- | --- |
| | Total | Long | Short | Total | |
| Cash | 35,773.61 | 91,474.39 | -85,353.96 | 6,120.43 | -29,653.18 |
| Options | 310,481.30 | 84,718.14 | 0.00 | 84,718.14 | -225,763.16 |
| Interest Accruals | -204.87 | 0.00 | -397.36 | -397.36 | -192.49 |
| Total | 346,050.04 | 176,192.53 | -85,751.33 | 90,441.20 | -255,608.83 |

**Time Weighted Rate of Return** -71.21%

### Change in NAV

| | Total |
| --- | --- |
| Starting Value | 346,050.04 |
| Mark-to-Market | -216,130.92 |
| Deposits & Withdrawals | -25,000.00 |
| Change in Interest Accruals | -189.64 |
| Other Fees | -20.00 |
| Commissions | -14,265.42 |
| Other FX Translations | -2.85 |
| Ending Value | 90,441.20 |

## Trades

### Equity and Index Options

#### USD

| Symbol | Date/Time | Exchange | Quantity | T. Price | C. Price | Proceeds | Comm/Fee | Basis | Realized P/L | MTM P/L | Code |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| AMG 19FEB16 130.0 P | 2016-01-22, 11:49:18 | - | 10 | 5.6500 | 4.2882 | -5,650.00 | 4.58 | 5,645.42 | 0.00 | -1,361.80 | O;P |
| AMG 19FEB16 130.0 P | 2016-01-22, 11:49:18 | NASDAQOM | 1 | 5.6500 | 4.2882 | -565.00 | -0.29 | 565.29 | 0.00 | -136.18 | O;P |
| AMG 19FEB16 130.0 P | 2016-01-22, 11:49:18 | NASDAQOM | 9 | 5.6500 | 4.2882 | -5,085.00 | 4.87 | 5,080.13 | 0.00 | -1,225.62 | O;P |
| Total AMG 19FEB16 130.0 P | | | 10 | | | -5,650.00 | 4.58 | 5,645.42 | 0.00 | -1,361.80 | |
| APH 19FEB16 45.0 P | 2016-01-19, 09:50:48 | ISE | 30 | 1.3500 | 1.5661 | -4,050.00 | 3.25 | 4,046.75 | 0.00 | 648.30 | O |
| APH 19FEB16 45.0 P | 2016-01-21, 14:02:52 | - | -30 | 0.5500 | 0.6998 | 1,650.00 | -3.59 | -4,046.75 | -2,400.34 | -449.40 | C;P |

