**James J. Hodel, LPC**
**94 East Avenue**
**Norwalk, CT 06851**

July 16, 2018

To whom it may concern:

Michael Scronic was referred to me in November 2017. Our first session together was on November 15, 2017. Michael reported that he had been arrested by the FBI on charges of securities fraud. He reported that his wife had filed for divorce and further indicated that he and his wife are parents of a six year old son. He appeared in a very presentable manner, well groomed and oriented X3 (person, place, time). The client did appear somewhat anxious as evidenced by his hyperactive manner of speaking. My office is in CT. Michael resides in NYC. Since the beginning of this year, Michael has been making a consistent effort about attending regular weekly sessions with me.

Michael has been cooperative throughout our sessions. While he does speak in a rapid manner, he has not displayed any signs of mania or dissociation.

The initial diagnosis was generalized anxiety disorder [F41.1]. He was assessed for suicide ideation. The client has consistently denied any suicide ideation, homicide ideation and psychosis. Over time and upon further analysis it was revealed that the client struggled with a gambling disorder (F63.0). Indeed, prior to our first session together the client had been attending meetings of Gamblers Anonymous; he is working with a sponsor.

The client has expressed remorse about what he had done and the impact it has had on his investors, family and friends. He indicated that while he had been engaged in his role as money manager, he operated under the belief that he would end up recovering the losses and "it would all work out". The client has subsequently referred to this thinking as faulty and delusional. Michael reported that since an early age, he always felt compelled to achieve and perform at a very high level.

Throughout our time together, the client has consistently denied experiencing depression. He did, however, acknowledge experiencing a significant bout of depression about 12 years ago after a considerable trading loss while employed at an investment bank. He was hospitalized at that time. Michael admitted that he did experience suicide ideation during that time "but not since that time". He reports that he has been active. He has embraced exercise, running almost daily as he prepares for a long distance race. He has been working as a tutor. He reported that he has been attending church. He has expressed a genuine affinity and enthusiasm for teaching. He is hopeful and optimistic about developing a new career in the teaching profession.

Treatment has included a combination of insight-oriented analysis (which includes assessing family history), CBT to challenge faulty thinking, and humanistic/person centered counseling. On March 16, 2018, this counselor recommended to the client that he contact the psychiatrist he worked with at the hospital last fall and schedule an appointment for an updated evaluation. The client reports that he is taking no medications at this time.

Since our initial meetings together, Michael has been more engaged, and continues to express remorse for his past behaviors. The treatment plan/goals of treatment include helping the individual to identify faulty beliefs, the origin of perfectionist thinking and compulsions. Also, to help the client build healthy coping skills and resilience as he faces adversities and challenges in the future. Treatment plan also includes active participation by the client. The client will continue to meet with this counselor and a new NYC based counselor multiple times per month. The client will also continue to attend Gamblers Anonymous meetings. Michael has also attended Refuge Recovery meetings and will make an effort to continue attendance.

The client has expressed a strong desire to resolve damaged relationships. He has stated that this whole tragedy has brought him closer to his parents and sister. He has consistently stated that he loves his son MJ dearly and wants to be a model of example for his son.

Sincerely,

James J. Hodel, LPC