Lacey Browne
525 West 238th St.
Bronx, NY 10463
August 17, 2018

The Honorable Cathy Seibel
United States Courthouse
300 Quarropas St.
White Plains, NY 10601

Your Honor:

I serve as Michael Scronic's mentor in the New York City community of Refuge Recovery, a Buddhist-based path to recovery from addiction.

In our work together, I do not act as an expert in either Buddhism or addiction but as a peer who has successfully employed the Buddhist practices of meditation, wise actions, and compassion in order to support a life of sobriety. I assist Michael in his path by leading him through the Refuge Recovery recovery process.

This process requires a lot of hard work from the participant and Michael has consistently and enthusiastically engaged in it. His efforts demonstrate to me a genuine desire to maintain sobriety. Michael employs a daily meditation practice, regularly attends Refuge meetings and has weekly in-depth conversations with me on his process. He is currently working through the series of Refuge Recovery inventory questions which asks the participant to take stock of all the suffering one has caused and experienced as addicts and investigate the causes and conditions that lead to one's addictions.

In our conversations, it is clear that Michael is passionate in educating himself in order to strengthen his sobriety. He requests, and I assist him in discovering books, podcasts, and local meetings and retreats that support his Buddhist approach to recovery.

I hope this information is helpful in your assessment of Michael's addiction and recovery process.

Respectfully,

Lacey Browne