The Honorable Cathy Seibel
United States Courthouse
300 Quarropas Street
White Plains, N.Y. 10601

Your Honor,

When I first met Mike S in GA, I did not know the severe circumstances he was in. He would sit through the meetings somewhat anxious and quiet. When he would speak he would speak about the love of his son and the fear of his sons future. After a few more meetings and getting together with him for coffee he started to speak about the severity of his situation. He would own up to the mistakes he made and how bad it made him feel. He would talk about a lifetime of amends for the people he had hurt both monetarily and emotionally.
As a brother of his in GA with 7 years of abstinence i would tell him there would be better times to come and he would and should work on those amends.
But by the end of every conversation it would always lead back to the pain and disappointment he caused his son.

He talks about not anticipating the consequences of his actions. He wishes he identified his addictions and worked on handling them as he is learning now how to deal with them in the program.

He is now speaking in the rooms and being helpful by sharing with others his story. He is a regular in 'the room" and a friend.
Michael is remorseful and hopeful.

He hopes to have a chance to be the father he always wanted to be.

Sincerely,

Bruce R

the world and have seen the recovery of so many of them. I believe that Michael could be one of those who not only would recover but would help others do the same.

David Newmark
20-52 21st Street #3C
Astoria, NY 11105

August 19, 2018

The Honorable Cathy Seibel
United States Courthouse
300 Quarropas St.
White Plains, NY 10601

Dear Judge Seibel:

I write to you today offering my unconditional support for Mike Scronic.

This is the first letter of its kind that I've written, and I'm hopeful that it will be the last -- not so much because it's inconceivable that I might be asked again, but rather because, if I can be candid, I'm intimidated by judges. (I spent much of my pre-teen and early teenage years ensnared in the family court system, in large part as a result of my parents' bitter divorce. Judges, courthouses, even this letter -- they all incite some very dark childhood memories.)

Despite that unease, and in spite of the fact that I haven't known Mike for many years, I was honored to vouch for him. I won't sing his praises as a parent (though I can't conceive of a dad more committed to his child), nor will I relay just how fully I believe Mike has internalized and acknowledged his crime (he has, and it's evident every week in our GA meetings). I trust the other letters you've received will do both.

What I will do instead is tell you about the Mike I know. As a fellow GA Member, I've been privy to the raw, unadulterated Mike Scronic -- the good, the bad, the ugly, the kind of thoughts and secrets that men often hide even from themselves. What I have found, and what I hope you, too, will find, is a humble, compassionate, introspective man -- a man who was caught in the vice grip of a gambling addiction.

Little good would seem to come from comparing addictions; however, when you listen to addicts who've suffered from multiple addictions, you quickly see compulsive gambling's uniquely insidious and other-worldly nature. It is no surprise that so many of us find ourselves in legal jeopardy and/or at the precipice of suicide (the statistics for actual suicide among compulsive gamblers are staggering).

None of this excuses Mike's actions. He lives moment to moment with the guilt and trauma of what he did and of those he hurt. It is my hope, though, that this letter gives you a fuller picture of a deeply good-natured man whose heartfelt contrition and earnest recovery deserve, if not compassion, than leniency.

Sincerely yours,

David Newmark

The Honorable Cathy Seibel
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

RE: Untied States vs. Michael Scronic, 18CR43 (CS)

Your Honor,

Allow me to introduce myself. My name is Glenn Eisenstein, and I am writing this letter on behalf of Michael Scronic. It has been my pleasure to get to know Michael since he became a member of our Wednesday night Gamblers Anonymous group. I have been a member of this group for nine years, and during that time I have served in several positions as a Trusted Servant.

During those nine years, I have seen many young men and women find our program, often facing legal and/or family problems. Some stay with the program from day one, follow the guidelines, and achieve a much better way of life. Some come for a week or two and in those cases, all too often we see them again years later, in even worse straits. I suspect that is true not just of our 12-Step program, but of all of them.

Michael has impressed many of us from his first day in the program. It is clear that he knows the consequences of his actions, and wants to both make amends to those he has wronged and prepare for a