August 28, 2018

To Whom It May Concern:

I have known Michael Scronic for over 35 years. Mike and I became good friends during high school and college and became very good friends after we both finished graduate school and moved to New York City. Many of the most important and memorable events and decisions I have made have involved Mike. Mike has always been one of the most interesting and complex people I have known - equal parts brilliant and naïve, serious and silly, focused and completely distracted, bold and cautious, introverted and extroverted, stressed and care free. Mike connects with people in a way that I have rarely witnessed from kids to the most intense intellectuals and everybody in between.

During the past 15+ years I have considered Mike to be one of my closest friends and someone who I relied on in many ways. During that time I have leaned on Mike with respect to the full spectrum of issues, problems and decisions that confront a person, from the more routine (e.g., thoughts on developing business and deciding on a mortgage) to the most important and personal (e.g., career decisions, dealing with a close family member's illness and other intensely personal issues), and at every turn and in every instance Mike would drop everything to help me. Mike was essentially a family member to me, my wife and my kids.

In addition to our relationship, Mike served in this role for many others. Friends from childhood, college, graduate school and every other part of his life consistently benefited from and relied on Mike as a fiercely loyal and dedicated friend. I witnessed many instances where Mike extended himself for his friends and others well beyond what would have been expected.

All of the above and everything that I know of Mike is what makes it so difficult to reconcile the 35 years prior to October 5, 2017 and what has come to light since that date. I have struggled intensely with the issue since October 5th continuously questioning and doubting my own ability to judge and understand people. My emotions and feeling towards Mike have spanned from wanting to do everything I could to help him and his family to wanting to never having anything to do with him again. Today, I still don't have an answer. However, I have concluded and am confident that the amazing and unique traits that I described above are all real. Mike is not an evil person. He has a huge heart, he is a great and engaged father, he is brilliant and giving and, with the help of treatment and therapy, has amazing potential to positively impact society.

As a victim of Mike's crime and as a friend of a number of other victims, I recognize and understand in a very personal way the seriousness of the crimes he committed, and while I understand that there must be consequences for people who commit crimes, I do not

believe that Mike's victims (myself included) or society as a whole benefit from Mike's incarceration. Further, I truly believe that Mike has the qualities and abilities to positively impact society, especially underprivileged youth, and that Mike acting as a dedicated teacher and counselor (which I understand he has committed to becoming) would have a significant positive impact on the New York area community.

In conclusion, I respectfully request that the Court, as it considers the appropriate sentence for Mike, to take into account all of Mike's characteristics and qualities as well as the significant positive impact he could have in society (following appropriate treatment and counseling) as compared the counterproductive nature of incarceration.

Sincerely,

Charles (Chip) Parsons

Bridget Byron
1518 North Sedgwick Ave, Chicago, Illinois 60610 – cell 773-456-2759

Honorable Cathy Seibel
United States District Court Judge
Southern District of New York

Dear Honorable Cathy Seibel,

The purpose of this letter is to support Michael Scronic. I have known Michael since we met at the University of Chicago in 1995. I met Michael during a difficult time in my life - I was an undergraduate and had recently lost both my mother and stepfather. Michael became a member of my close inner circle of not only school friends, but also of my childhood friends.

When we met, I was living at home and taking care of my younger brother who was in his senior year of high school. My brother Jamie was going through a hard time, having lost the parents that raised him. Michael took an interest and always made him feel special and welcome, and to this day, Michael always asks about Jamie.

During these early days of our friendship, Michael encouraged me to volunteer with him at the children's hospital at the University of Chicago, and that was an amazing gift. Michael always pointed out the good in the world, how much we had to be grateful for, and helped me as I was grieving the loss of my parents. I have seen this Michael over the last years when he is being a father. When Michael talks about this son and all the things that he does with him, I am reminded of the Michael that was part of my family.

I was devastated when Michael shared with me about the crime that he committed. This person was not someone that I knew, but as we discussed his crime and he shared with me the work he was doing, I drew comparisons to my own life and challenges facing my own family. I feel horrible for the investors that Michael deceived and stole from - I too know what it is like to have someone I love deceive and steal from me. But I also understand the disease of addiction. I am proud of the work that Michael is doing towards his recovery. We speak often, and he is very open about the challenges that he faces, and understands that these challenges are self-imposed due to his actions and his addiction, and if he doesn't do the work, new challenges and consequences with follow.

I can only reconcile the man that I know, and the crime he committed, through the lens of addiction. How could one of the smartest people I know lose all that money in an up-market? Why would he continue investing in risky strategies that continued to go bust? How could he wake up every day and lie to his wife, his child, his friends, his family, his neighbors, and all of his investors? My understanding of addiction answers all of those questions. I also know that having addiction and

mental illness in your family makes you more predisposed to this disease. I know Michael loves his son more than anything and understands the best way for MJ to not suffer from this horrible disease is for Michael to work his recovery and become a productive member of society, and have open dialogue with MJ about taking responsibility for his actions. It is also important that he educates MJ about this disease and gives him the tools and resources to avoid a path that has been so destructive to his father and other members of his family and has caused so many others so much pain from their actions.

Michael has been tutoring and plans to become a teacher after incarceration. He will be an amazing educator and will be able to touch many young lives providing and education and perspective that they would never otherwise receive. Michael is preparing himself to be a productive member of society, to use his gifts, tools, and privileges to enrich the lives of others in a meaningful way and to show his son that he is worthy of forgiveness and respect. If Michael is working the program, I know that he can be a productive member of society. He made very bad decisions, he took peoples money – and not just people – friends, family and neighbors, and he lied every day.

This was a terrible mistake in judgment, and while it was a crime worthy of punishment, Michael is not a danger to society. The sooner that Michael can start contributing to society, the better off he and everyone around him will be, especially his son, MJ.

I hope you will consider leniency in Michael's case.

Respectfully,

*Bridget Byron*

Bridget Byron

Dear Honorable Cathy Seibel,

I have known Michael Scronic since high school when we became the most unlikely of friends. He was from a different town and originated from a different elementary school system. He was taking advanced courses and making honor's role, while I was content with the regular course schedule and a 'B' average. He was on the Chess Club and I was on the Soccer Team...the differences between us could not have been more different.

I have never really thought about what brought us together. Probably mutual friends at first but there was a lot more to Michael. Even his name was not in line with his character. Throughout High School he was called a series of other more affectionate names that have remained connected to him beyond High School. Whether it was Scruffy, MJ or the less original 'Scronic', Michael was reserved mostly for his mother.

After High School and University, our differences extended into our career choices. Scronic went on to Investment Banking and the city while I ventured into the Humanitarian Sector and Africa. His choices kept him in New York where mine had me traveling to many underdeveloped countries across Africa where I have now lived for the last 20 or so years now.

What brought us together? How did we form a lasting friendship? It is hard to put words to these questions other than to say, friendship came so easy with Scronic. For me he was very unique but also incredibly genuine. He was always there for you, he was always interested in what you had to say, and he was always bringing people together. The bonds of friendship and keeping friends from growing apart has held true through the test of time. Having lived far away for over 20 years now, Scronic is the reason that I have stayed connected to friends and retained vital social roots in the USA. With distance it is so easy to grow apart but the 'Scronic-factor' prevented that.

When we all parted ways for college, I fondly remember Scronic showing up to my dorm and later rolling up to my doorstep when I moved off-campus. On these occasions it was always with several other High School friends in tow. After college, I would eventually find my way overseas to pursue humanitarian and development programming. During my infrequent visits to the USA and the East Coast, Scronic would go out of his way to see me. I was always made to feel welcome and the distance between us was always made less significant. My visits with Scronic would often result in quasi-reunions of sorts that served to reunite me with old friends. I have come to not only appreciate these efforts but really value them as well.

Mike has always gone out of his way to help people which has made his recent situation so hard to understand and even harder to believe. I was one of the investors and invested quite a bit, by my standards and means. Regardless of his actions, I still maintain that Michael Scronic is a good and upstanding human being. He has always been short of a bit of common sense but that had never hurt

anyone until now. Although he has made a serious mistake and lacked the good judgement to rectify the situation, I firmly believe a long prison sentence is not the answer. It would not serve him or those he has wronged. I cannot, and will not, speak for others but I sincerely hope that there is a better alternative for him and his family than serving a long sentence.  As Scronic has supported me throughout the years, I am willing to forgive and support him in whatever capacity that I can during this difficult time in his life. Whether he knows this or not, we will remain lifelong friends.

Sincerely,

Michael Darius Radcliffe

Marianne Scronic

mscron@gmail.com

(917) 974-4799

1608 Stickney Point Road, Unit 407

Sarasota, FL 34231

N.Y. Temporary Address:

142 Greenmeadow Drive

Deer Park, NY 11729

Honorable Judge Cathy Seibel

United States District Court Judge

Southern District of New York

Your Honor:

On March 15th, I sat in your courtroom and watched my son, Michael Scronic, stand before you. I heard his somber voice utter yes as he pleaded Guilty to the charge of Securities Fraud. I am Marianne Scronic, Michael's mother. As I sat there I couldn't help but think "How did such a good person do such bad things?" How, when did his life take such a turn?

Michael was any mother's pride and joy, a perfect little boy, very well behaved, obedient, always eager to please. He was a wonderful son, husband, father with strong principles and values. Where did he go wrong?

OVERACHIEVER

Michael was the first in his school history to skip a grade and quickly gained a reputation for stellar accomplishments in school. He was the smart one. That was Michael's identity. Through his years in school, he took on many leadership roles and his friends looked up to him. He served as The Chief Judge in The Bedford Hills Juvenile Court. He held math study groups in my dining room in high school to tutor his friends and even as a Freshman at Stanford, Michael was chosen as a Teacher's Assistant in Computer Science classes attended by his classmates. I say this only as a way to understand his psyche. As I look back, I have to wonder how much this may have influenced his behavior later when he lost their money. He couldn't face them and admit that he had failed them and lost their money.

Michael was raised in a very normal middle income household. We never lived lavishly. We took simple vacations and spent our summers at the community swimming pool and tennis courts. We lived a pretty normal lifestyle. Both my husband and I earned our own way through college with jobs and scholarships and each got Masters Degrees after working. I taught high school and college Math and my husband was an Engineer at Bell Laboratories and AT&T. We had a simple lifestyle with traditional family values. My husband and I were PTA Presidents, Scout Leaders, coaches for sports and very involved parents. We supported our children We valued education and achievement in our home.

Michael and his sister went to public schools and worked every summer for their spending money. When they went to college, they worked on campus and in summer for spending money and books. He was not a privileged child.

Michael was an overachiever and always expected a lot of himself. As a boy and young man, he wanted to please his parents and his family and later he wanted to please his wife and his son and his wife's extended family and their friends. He loved his wife very much and was very devoted to her. He enjoyed making her happy and providing her with a nice lifestyle. He definitely put a lot of pressure on himself. Before 2004, when he was doing very well at Morgan Stanley and again later, before 2008, when he was trading successfully on his own, Michael was the backbone of the family. He helped his sister as she was going through a divorce. He was her biggest financial supporter in a baby food business venture. His home was always the gathering place for all family events and holidays. When Michael's best friend lost his wife to cancer, he trained and ran a marathon with him in her honor. Several years ago, when I had knee surgery, Michael stayed with me and cared for me during my recovery. More recently, Michael's father became quite ill. Michael had him move up from Florida to live with him and his family. Michael took him to doctors and had tests done. He was diagnosed with a brain tumor and was living with Michael for six months before Michael was arrested. He was living there on October 5th.

Michael was never a greedy person. In 2001, he had purchased a condo near the World Trade Center in NYC. Since it was only a few blocks from Ground Zero, I had told him that he was eligible to receive a grant from the government. His response was that he didn't need the money and it should go to others who needed it more.

As a parent, Michael was very active in the Pound Ridge Community where he lived. He was a PTA Volunteer Parent offering advice on Curriculum. He worked as Science Coordinator in his son's class at the Pound Ridge Elementary School and hatched baby chicks in MJ's kindergarten class. He was very active in the Community as well and served as Coach on countless Little League and Soccer teams.

GAMBLING

As I sat in your courtroom on March 15th, I couldn't help thinking of my father. When I was very young, my father was a very successful businessman and we lived in a beautiful home on Long Island. But my father was a compulsive gambler and died in the charity ward of a NYC hospital at the age of 56. My father gambled on the horses, on sports, on everything. My memories of my father were always at the racetrack. One of my earliest memories as a child was being at the local Club with my friends and having a lady tap me on the shoulder to tell me I had to leave because my father had not paid his bills. I was only 5 years old then. My mother died that year of cancer and I had to be raised by my oldest sister. My father had lost everything. He had gambled away a fortune. And as a little girl, I felt abandoned by him.

Michael also gambled. He made very risky options trades and lost. It was consuming him and the more he lost the more risks he would take to try to get it back. Like my father, he has lost everything. He had an extreme compulsion to make risky trades, a severe gambling mental illness. Michael has admitted that he has a gambling addiction and has been

getting help in therapy and at Gamblers Anonymous. With therapy, he has been able to acknowledge his addictive personality and has made significant changes in his coffee and alcohol use as well. I admire his courage and strength. I know he wishes to continue his therapy while incarcerated and after as well. I fear that his six year old son will grow up without his father as I did. But if Michael is given a chance to rebuild his life, something my father never did, he will come out of this a better man and my grandson will have his father in his life.

## SUPPORT

On October 5th, I received a phone call that the FBI had come to Michael's house and arrested him. I left my home in Florida immediately to be with Michael and the family. That was over six months ago, and although I am still paying my rent there, I have not returned to Florida. Michael has lost his house and his wife filed for divorce within a week or two of his arrest. I know how devastated he was, as he had hoped they could get through this together as a family. So this was very hard for him and especially for his six year old son, MJ. I have spent a great deal of time with Michael since his arrest. I have seen how he is suffering and trying to deal with each situation. He tries to remain positive and strong, for his son and for his own survival.

Michael has very little income from tutoring so I have been using some of my IRA savings to help him. I rented an efficiency apartment in Manhattan for him so he could be close to his son's new school. Above all else, Michael loves his son very much and wants to spend as much time with him as possible. I am needed as a Supervisor for his parental visits with MJ and I have seen how much this means to both of them. Michael is very loving and caring. MJ loves his father very much. The times they spend together are wonderful to watch. They do homework together, read books, play soccer and baseball and enjoy each other. Michael has always been very involved in MJ's activities in school and outside of school. I am very happy to help my son see his little boy and I will remain in New York as long as he needs me.

Michael also has great support from his sister and often brings MJ to her house. Mike's father comes to visit often. We all try to make Michael and MJ visits as comfortable and pleasant as possible.

## MICHAEL

Michael is a good man. He has always been solid as a rock and a decent person who never was in trouble. I truly believe he had no malicious intent. His success at Morgan Stanley got him his own trading desk. That is where he started to take high risks and that led to his getting fired by Risk Management in 2004. From what I understand, after leaving Morgan Stanley, he did quite well investing on his own. But then he lost it all in the crash in 2008. Since he had lost everything, he was forced to sell his NYC condo and used that money to invest again, then by 2010 began to get investors. He invested mostly all of the money, but lost it on very risky trading. He lost his own money as well. I believe he felt he could make it all back, he never intended for his investors to lose their money. It was around this time, around 2010, after he started losing money he borrowed from a college roommate, when he began a downward spiral

and I believe, lost all sense of reality. In his mind, I believe he convinced himself he could get it all back and continued making larger and riskier investments. As a gambler he believed he could win it back. Michael was a compulsive risk taker. It was a sickness I believe. He has been receiving counseling for this severe gambling addiction, a mental illness.

Michael's conviction has already caused him to lose respect in his community. One week after his arrest he lost his wife, who he adored. He lost his home, his family, his friends, his job, his career, his reputation.

I have recently found out that Michael had two mental breakdowns, one in 2004 after losing his job at Morgan Stanley and another in 2008 after losing all his own investments. Both of these were severe enough to cause his wife and her parents to take him to a NYC hospital with suicidal thoughts. But Michael's family was never told. No one in our family was told of these serious events. If any of us had known, we would have encouraged Michael to leave that stressful line of work. He could have easily switched to many other types of work that would have been so much more suitable and less stressful for him. If he had walked away and started a different line of work, he would never have been in this situation he is now facing.

That, I believe, is the turning point of Michael's story and the saddest part of his story. That is when Michael Scronic became completely delusional. His behavior from 2010 until October 5, 2017 was that of a mentally ill delusional person, with a compulsive gambling addiction. I believe it was a combination of his gambling addiction and his overachiever desire to please his wife and give her a certain lifestyle.


MY PLEA

Judge Seibel, thank you very much for your time and consideration in this case. As you determine Michael's sentence, I respectfully ask you to consider these facts.

I am 74 years old. Michael's father is 75 and has a brain tumor. We are here for him now. We want to be here for him and will be here for him when he comes out of prison. I hope and pray I will be able to help him when he gets out. Michael's son, MJ, who adores his father and needs his father, will be 7 years old in October. MJ needs his father. I worry that he will suffer so much without his Dad to guide him as he grows up. Michael was always the one holding the family together and having him away for many years will be devastating for MJ.

Michael is a good person. He has tremendous sorrow and guilt. He is ashamed and sincerely wants to make amends to his investors, to his family and to his community. He can do this best if he can be given a more lenient sentence and allow him to contribute his talents to society in a positive manner. He has already suffered and will continue to suffer as he pays his debt to society while in prison and for the rest of his life. I know my son and he will come out of this a better man. Please allow him to guide his son as he grows up, to pay his debt to society and to have time with his parents.

Respectfully,

Marianne Scronic

# James N. Scronic

11442 E Aster Dr
Scottsdale, AZ 85259
480-661-8048
jnscronic@cox.net

May 20, 2018
Honorable Cathy Seibel
United States District Court Judge
Southern District of New York

Dear Honorable Cathy Seibel,

I am Michael's uncle Jim and having known him for a long time, I really have a clear picture of the person Michael really is. He is a very positive upbeat person with a strong core value of family. Family and taking care of family comes first for Michael. That includes extended family. From my experience of him, he has always been very compassionate, cordial and willing to be there for family. Michael's actions are never self-serving, they are always in service of others.

He has become a great support and care provider to my older brother. Knowing he is there for his dad and will set aside time and things that are important to him to make sure his dad is well taken care of, provides reassurance to the rest of the family. He is a great communicator and keeps everyone up to speed on his dad's well-being. My brother is a single man and as he ages, having Michael's care is critical in the future quality of life for his dad. My brother always talks about how he and Michael are very close and he does not know what he would do without him. Michael's compassion and dedication to others is very inspiring.

Michael makes every effort to bring people together and include everyone. He knows I like to play golf and would invite me to join him and his fraternity brothers to be part of their activities and went out of his way to make sure I was included. Once my youngest son (more than a decade younger than Michael) and his new wife were traveling to New York City for the first time. I contacted Michael and ask him if he could spend some time with them, to show them the city, and make sure they were taken care of. Of course he went out of his way to make sure they were safe, had a good time and put my mind at ease. I knew I could count on him. Regardless of age, gender, race or differences, Michael has the ability to interact with others and create a path of inclusion for all. I see a responsibility Michael has created to put himself in-service of others. He exudes a belief that connecting people can bring everyone together and bridge the differences we see in this world.

Seeing Michael for the complete person he is, is to see him as an advocate for family, a compassionate care giver and embodying a strong desire to help others.

Thank you,

Jim Scronic

I am 75 years old and Mike's father. As a senior I realize the importance of continued physical and mental activity. I will parallel my life style into Mike's. On the mental side I play a lot of chess, study quantum mechanics, continue growing my expertise in Python computer programming, and researching the next generation of quantum computers.

I plan to engage Mike in all these activities while he is in prison. We will partner and somehow work together to both continue to be productive human beings.

I plan to rent a trailer home near the prison to be close to mike; but continue having a home base in Owensboro, KY. I have no idea where he will be incarcerated.

I am presently undergoing health rehabilitation from being diagnosed with PMR and a brain tumor last August. Mike and his family invited me to live with his family while undergoing rehab. For 3 months I lived with them until the FBI raided his home. The time spent with mike and his family contributed to my health improvement. In Mike's mental hospital rehab I lived with only Mike and me at a motel near the hospital. Mike and I had a warm relationship. His wife next divorced him. Mike's concern was seeing his son (MJ) and he included me in all father/son interactions. He is a very considerate son.

I will be handling Mike's reincarnation in a positive manner and somehow work around the many negative life situations . We both will become stronger in the family bind through faith and spiritual connection and continue to develop ourselves as human beings - me in growing older and Mike while in prison

Robert W. Scronic
4318 Kemrf Ct, Apt F
Owensboro, KY 42303

To Whom it may concern,

My name is Aaron Sinnott and I have known Michael Scronic since we were 11 years old. I had just moved from upstate New York to be in a new school for 6th grade and one of the first people who befriended me was Mike. With his large smile and his unjudging mind, he immediately made me feel like I belonged in this new place and also introduced me to his other friends.

Mike and I have stayed friends since the first day that we met. Through middle school we played sports together and through high school supported each other in classes and our own activities – Mike was always there to talk to when needed. As a kid Mike was modest, extremely hardworking at everything he did, and friendly to all. He loved being around people, making them smile and having everyone get along independent of their group.

As we got older – those qualities continued through high school and college. Mike continued to excel at school and each time we would get together I would meet a new friend of Mike's who would immediately become a friend of mine. After college we took a few trips together and Mike was always willing to share what he had with all of his friends – a very giving person.

Once our careers kicked in, we did not get together as often, but would chat on the phone regularly and get together to make sure each other were up to speed on key life milestones (marriage, kids, moving, etc.). In 2010 my family and I moved to Dresden, Germany for work and the last friend that I saw was Mike – taking my wife and I out to dinner to celebrate our new adventure.

During our time overseas, and the subsequent time since we returned to The States in 2011, Mike was more distant – not his normal effervescent self. He was still willing to help, and at very short notice lent my family and I place to stay when we were traveling, but he was not the Mike that I had known since 1982.

Since Mike's arrest this year I have talked with him on the phone more each month than I did for the past 7 years. He is getting help for his gambling addiction and working to see how in the next phase of his life he can be of help to society and repair some of the damage that he has created. A few months ago Mike was telling me about volunteering by taking to and supporting a father whose son was having a problem with drug addiction.

I know that Mike understands what he has done is wrong – and he is focused on and working hard on what he can do for both society and his son MJ. He is a loving father helping his son in school as well as coaching him in sports. The smiles they both have on their faces when I see them in pictures remind me of Mike in 1982. Mike has also started tutoring kids in Math, figuring out how he can help others with the tremendous gift he has with mathematics.

I trust that Mike will do better for all in the future – to return back to his son, his friends and society like he did in his younger years with all of his energy.

Sincerely,

Aaron Sinnott

Judy Ritacco
125 Hudson Ave Apt. 3
Haverstraw, N.Y. 10927

Sunday, May 20, 2018

Honorable Cathy Seibel
United States District Court Judge
Southern District of New York

Dear Honorable Cathy Seibel,

Today we gather for the sentencing of Michael Scronic. As witnessed here, we see how his actions had a negative impact on the families involved. His actions have ruined his own family's life as well. A 6 yr. old boy will soon lose his father as a result of these same actions.

If only one could separate the "bad actions" from the person involved, we would see that Michael has lived with a warped sense of reality these last 8 years. That, I believe is how he perpetuated this lie to those that he knew so well.

Michael acknowledges and takes responsibility for his actions.
On one level he did this. On another level he tried unsuccessfully, to the point of desperation, trying "just one more trade". He wanted to make the money back to repay those involved. His logic was replaced by his addiction. He had to justify it in his mind. Michael kept trying and dug himself in deeper. I had heard he would circle repeatedly in his office in despair, trying to make it right. But depression and anxiety took over his mind.

I would like to interject that Michael is a loving father to his son. The one bright light for him was and is the precious time he spends with his son, working on school projects and playing sports. He coaches his son's baseball team now as he has done in the past.

He has expressed a sincere interest in speaking to others concerning the pitfalls of investment gambling so others don't make the same mistake as he did. Our family has felt the effects of gambling since our grandfather was one himself. He lost everything as well.

So now all involved have lost so much due to Michael's actions. Everybody's lives are changed forever. I understand the desire to punish him. Part of the healing process in addiction is coming to the realization that he, Michael, did wrong, he made mistakes and now has to face the consequences. It is sad that it has come to this. The victims would be better served if he could use his abilities to start the process of compensation. I know most feel betrayed by him but I hope you find it in your heart to let him start to repay those by volunteering, good deeds, hard work and repayment of their investments. I know that Michael feels a strong obligation and connection to make good to all who have been wronged.

Sincerely,

Judy Ritacco

5 Hereford Drive
Princeton Junction, NJ 08550
May 22, 2018

Honorable Cathy Seibel
United States District Court Judge
Southern District of New York

Your Honor,

Thank you for this opportunity to submit a written statement in support of Michael Scronic, whom I have known for 17 years as a colleague and peer. Michael and I worked on the same trading desk at Morgan Stanley for 3 years beginning in 2001 and we have remained peers in the financial industry ever since. I was completely shocked by the news of his crime and I mourn the destruction he has wrought on his victims and his family. I believe that he is truly sorry for his horrible actions. With the court's mercy, I know that he is capable of re-purposing his life in service to his community and to his young son.

I beg the court to afford Michael such mercy because his criminal actions do not reflect the person I knew as a trusted colleague at Morgan Stanley. The trading floor is a male dominated environment and I was the only woman on our team. It would have been easy for Michael to propagate the subtle and overt gender bias that too often pervades our industry's culture, but he did not. Rather, Michael championed my contributions to our business, sought my advice on client initiatives, and supported my career advancement within the firm. He conducted himself with true integrity and a strong moral compass. He treated our junior staff with the same respect he showed our senior managers. He was well regarded by fellow traders and sales people as a hard working and client-centric professional.

That is the Michael I knew and I believe that he still exists.

Michael is a good man who has stumbled. Through his current work as a tutor and his initiative to become a New York City Teaching Fellow, he has taken the first of many steps to prove he is capable of living a humble and honest life of useful purpose. I beg the court to be merciful so that he can continue on this righteous path to repay his debt to society and to anchor a future with his young son.

Thank you for your time. I truly appreciate your consideration.

Sincerely,

Maura M. Thibault

Maura M. Thibault

Sarah Webb

216 Trinity Pass

Pound Ridge, NY  10576

Honorable Cathy Seibel
United States District Court Judge
Southern District of New York

May 20, 2018

Dear Honorable Judge Seibel,

We moved to Pound Ridge with our daughter about 6 years ago and met Michael
Scronic about a year later. Our oldest daughter is the same age as Mike's son, MJ, and
thus we crossed paths at school and socially. Upon meeting Mike, I felt him a
community leader and a joiner. He was always willing and eager to participate in Pound
Ridge community and school events. Mike genuinely cared about the programs our kids
were attending at Pound Ridge Elementary and he often led the way when he felt that
school events or programs were not on par with those of neighboring communities. I
admired his willingness to jump into the scene and promote our children. A perfect
example of this was the elementary school science program. It had grown stale and
Mike looked into replacing the program. He hired "Ron the Science Guy."  I had the
pleasure of being at Pound Ridge Elementary on the first day of the new program and it
was a lot of fun. The kids loved it and were extremely engaged. This seemed like an
extraordinary situation, a parent looking into outside programs and having a voice about
replacing them, but it was not surprising given Mike's involvement at the school. He also
did this with the chess program. He would sit in on the meetings and was interested in
adjusting the program so that children in our school could begin chess at a younger
age, similar to private schools. Another example of this educational engagement was in
his creation of a partnership between Pound Ridge Elementary's art program and that at
Fox Lane Middle School. Each Kindergartener at Pound Ridge Elementary was pared
with a middle school child at Fox Lane and they drew portraits of each other. They met
on several occasions and the program culminated in an "art viewing" for the parents. It
was really neat to see the collaboration.  The kids loved getting to know a middle school
child and being taken over to that campus, where they will eventually attend middle
school.  Mike deserves credit for making that come to life. A final example of Mike taking
the lead for our children is with regard to "cabaret night."  Our kids wanted to participate
in the upcoming event at the Elementary School, a talent show of sorts, but they were
kindergarteners and being first time parents in that school system we didn't know what

to expect. Mike took the reins, organized a little dance routine, set up practices, and our kids had a blast. If the kids wanted to do something, Mike was going to make sure it happened.

Mike took this approach within the school as well as within the community. He was an inspired promoter of "Harvestfest", Pound Ridge's annual music fundraiser with games for the kids, food trucks, and live music. He also organized an overnight camp-out for our incoming Kindergarteners in the Pound Ridge Ward. We did it in September right when school began and it was a really nice way for our group of kids to kick off the school year together. We did this two years in a row. I really believe Mike was interested in supporting annual events that would make our children feel strong ties to one another as well as to our school and town.

Mike was deeply engaged in our community and our school. I do realize that he had considerable amounts of free time to do this because of his unique employment situation and this is tough to grapple with. Many husbands and fathers would have loved to have had this position in the community, to have such relationships with the school and the teachers, but are not afforded the opportunity because they spend so much of their day at work. Mike had an unlikely but enviable situation in that regard. And though it turned out to be under false pretenses, he spent much of his time weaving community threads during those years.

Prior to his arrest, I felt that he was a pillar of the community, always striving to find ways to improve the education and community experience that our children would have. I do feel that this emerged out of a genuine love for his son, MJ, and his want to create community spirit and a great experience for him. For MJ's sake, I hope this side of Mike is taken into consideration as the next steps are taken. Thank you for your time.

Regards,

Sarah

*Marci Lange*

2974 S colonial St
Gilbert, AZ 85295
602-316-3921
mlange@ksgdesignllc.com

May 24, 2018
Honorable Cathy Seibel
United States District Court Judge
Southern District of New York
**Re: Michael Scronic**

Dear Honorable Cathy Seibel,

As people, it is easy to see people only by their latest actions; as humanity it is important we see them as a whole, as whom they really are. As people, we make mistakes and often get trapped in our poor choices. It is how we stand if face of those actions and how we begin to own and repair them that connect us to humanity and define our character.

I am Michael's cousin and today I write this to shed some light on Michael's character and who I have come to know him as.

Michael is a devoted and caring father, son and friend who fills his life with the intention to be in support of others. He finds satisfaction as being the one who can make a favorable difference in the lives of people he encounters. He is a provider and cares in various forms for all the people in his life. He is action oriented and his perseverance keeps him and others around him moving forward. His passion for education and knowledge spill into the lives of the people around him, his students and his son.

A great example of Michael's compassion and dedication to be there for others is how he has been there for his father since he fell ill and was diagnosed with a tumor in his brain. Michael set aside things in his life to care for his father. His father moved in with him and his family, he made sure he received the medical attention he needed and stood by his father's side to support him in the diagnosis. He even took the time to properly thank the emergency workers that provided care when his father needed it. Another example of who Michael is for people is the dad he is for his son. He makes sure that he carves out time to be there for his son. To support him in his passions, his school work and all around kid fun. When MJ was born, Michael found a whole new respect and passion for life. Many of his activities are centered on family and his son. When he speaks of MJ, you can hear how proud he is of him.

Michael is a good person navigating life with an underlying disease of addiction that has plagued generations of our family. His addiction fueled by his fear of letting others down resulted in a mountain of hurt and destruction for many. A mountain that will forever sit on his compassionate heart. Recognition of the addiction, accountability of his actions and a plan to recreate his relationship with this disease is the beginning of his rehabilitation. Balancing his core values of compassion, humanity, perseverance, being the provider and family values with a daily acknowledgement of addiction will allow him to live as his real authentic self. Free to positively and powerfully be in service of others.

Thank you, Marci Lange

April 30th 2018

Honorable Cathy Seibel
United States District Court Judge
Southern District of New York

RE: Michael Scronic

Jared Lissauer
15Londonderry Dr.
Greenwich, CT. 06830

Dear Judge Seibel

My name is Jared Lissauer I Live in Greenwich Connecticut. I have known Michael Scronic for approximately 10 years. Over the course of our friendship I have witnessed many stages of Michael. The jovial Michael The caring parent Michael, the husband Michael, and most recently The remorseful Michael. .

After hearing about what Michael had done to our friends I thought I would never hear from him again. That is the exact opposite of what has transpired. Over the last six months I feel I have gotten to know the real Michael Scronic.This Michael has done everything he can to repair himself. He is going to gamblers anonymous, therapy,, tutors children, coaches his son's baseball team, and is honest about what he is feeling, and what he's going through.

I have a son the same age as Michael, on many occasions I have acted as a supervisor for The children's play dates. During these play dates I see Michael interacting with his child and treating every moment like it was his last with MJ. A Father is very important to a child I would hate to see Michael miss out on the formidable years of his sons youth.

Michael is rehabilitating himself and wants to better himself, when he gets out of jail. He has expressed to me that he wants to do his time and start paying back his investors and teach. I think it would be a shame for Michael to spend a longtime in jail. Not only for the reason he has a son, but he wants to help other children by teaching and tutoring.

In closing I hope you can see that Michael will be a true turn around story. He has acknowledged what he has done, Wants to serve his time, and has a plan for when he gets out. I'm excited to see the next chapter of Michael Scronic after he gets out.

Thank You,

ed Lissauer

To Whom It May Concern:

My husband, Peter Walsh, and I have known Mike Scronic for approximately three months. We were looking for an Honors Algebra 2/Trig tutor for our sixteen-year old, and found Mike through an on-line search. Our son has been taking math on-line this semester, and was struggling essentially to teach himself. We feel very lucky to have stumbled upon Mike, as he has be an excellent tutor in every way.

Mike has traveled to our home in New Canaan, Connecticut on Tuesday and Thursday mornings (8:30) for nearly three months. He has always been on time to the tutor sessions, and his been extremely understanding and flexible when we've had to change our session times. He has been considerate from the first day, beginning with removing his shoes at the door—he could see from our pile that this is the custom in our house. We did not need to ask him to do so.

Mike and our son have been working in the living room located adjacent to our kitchen where Peter and/or I work each morning. We can easily hear Mike and our son interact. The tone of the conversation always is serious and focused. Mike treats our son with respect by not speaking down to him, a quality our son greatly appreciates.

I asked our son for feedback regarding Mike. In addition to being treated respectfully, our son reports that he is an excellent listener, so for example, when he doesn't understand a math concept and asks Mike for further explanation, Mike listens and responds accordingly. He has adapted his teaching style to suit the needs of our son. Our son says that Mike is extremely articulate when it comes to explaining math and easily conveys what our son needs to know. They stay on task throughout the session, never getting distracted by other topics, which is how our son prefers it. Mike balances moving forward with the math concepts with regular review of older ones. With Mike's help our son has been able to catch up in math and is now doing very well in his on-line course. We get more than our money's worth out of Mike as a tutor. By the way, Mike charges less than half to three quarters of what comparable tutors charge in this town.

Our son says he is one hundred percent comfortable with and around Mike.

Early one Tuesday or Thursday morning in April (we do not recall the exact date), Mike entered the kitchen door and removed his shoes, as usual. Our son was upstairs, and so asked if he could speak with us privately. For the next twenty minutes or so, he confessed to his illegal behavior with regards to stealing from his friends, family and others. He explained in great detail the specifics of the terrible things he did did wrong. He told us that he was compulsive gambling addict, and that this was no excuse for his actions. He told us that how he handles his addiction moving forward is of profound importance to him, especially with regards to his son, MJ. He told us of the steps he was taking towards recovery, for example, that he is seeing a counselor in Norwalk, Connecticut. He told us that he had seriously hurt

many people both emotionally and financially. He told us that he would be going to prison. He cried as he told us of these things.

After sharing with us, he told us that he would completely understand if we'd prefer to end the tutor sessions. We immediately told him that we would gladly support him by continuing with the sessions. In no way had our son or we ever felt threatened in any way by Mike, and because he had been an excellent tutor for our son, we felt no need to end the relationship. We felt a strong desire, given Mike's honest confession, obvious remorse, and the action steps he was taking to address his poor behavior including his addiction to gambling, to allow him the opportunity to feel human by teaching and experiencing the satisfaction of legally doing a job well done. We could also see that he had lost his most important relationships, and so wanted to give him some hope for the future, no matter how small.

Peter and I respect the legal process and understand that the punishment for Mike's illegal activity warrants a prison sentence. We hope that during the sentencing phase of his case, the positive sides of Mike will be strongly considered when it comes to the number of years assigned to him in prison. Given our experience with Mike and what he has told us about his struggles, we feel fewer years would be more helpful in aiding his recovery. He is a gifted and talented math teacher, and has much to offer society in this regard. He appears to derive great satisfaction from our son's continued improvement in math, and seems motivated to teach to the best of his ability.

Mike asked us several weeks ago to write a letter on his behalf. Again, we were happy to say yes. Our delay in writing it has been due to our own busy schedules. To help us, Mike forwarded us his own letter written to Judge Seibel. We learned nothing new from the letter. He had already told us its specifics in person in our kitchen.

Peter is an Episcopal priest. He and Mike have had a number of conversations about faith and God. Whether from good luck or divine intervention, we have felt lucky to have an opportunity to support Mike. Mike's situation has been a tremendous learning experience for our son as well--good to see that there are real consequences for adult misbehavior, and to see that there is always an opportunity to recover from mistakes. As for Mike, he has expressed his gratitude to us over and over for our willingness to support him.

We hope that this letter of support for Mike is helpful and that in the end he will receive a more lenient sentencing. He has so much to offer children through his natural ability to teach. And, of course, our heart goes out to MJ. We hope for him too, that Mike will be able to leave prison as early as possible.

Respectfully,

Jennifer Walsh

DocuSign Envelope ID: B84BAA48-F7D4-47E6-A6FE-6D410515386D

Angel Fierro
1106 Ranleigh Way
Piedmont, CA 94610

Honorable Cathy Seibel
United States District Court Judge
Southern District of New York

Re: Michael Scronic

My name is Angel Fierro and I'm writing this letter in support of Michael Scronic. Michael is a friend that I have known for over 25 years and I was honored to be the best man on his wedding day in 2003. We met in college when I was a freshman and he was a senior. I was fortunate to live in an upper class dorm that included a mix of all grade levels; I had a room that was two doors down from Michael. When I arrived at Stanford University, I was a poor, chubby brown kid that had never left Texas and I was scared. I was scared to be on my own, of being surrounded by mostly white and wealthy kids, that I wouldn't have enough money to live on, that I would stick out because my clothes weren't very nice or because I was a "fat kid," that I didn't own a car or could never afford one, that I would be laughed at for the way I talked, that I wasn't smart enough, that people would assume I got into Stanford because I was Mexican-American, that I would be called a fraud, and my worst fear was that I wouldn't have any friends. From the very first day I met Michael, he made me feel seen and cared about. He was a senior with many close friends including his group of dormmates so it made no sense to me that he would want a friendship with someone like me. He was also white and well-liked, incredibly smart and confident. And yet, he took me under his wing and showed me the ropes. I probably learned as much from Michael that freshman year as any professor and I will be forever grateful. He helped me when I was most vulnerable and at the time it meant everything to me. Now that he's at his most vulnerable and in need of a friend, I'm writing this letter to repay his love and helping hand.

Since his arrest last year, I have been in frequent communication with Michael. Initially our phone calls involved a lot of tears as Michael was coming to grip with his crimes, the impact to his victims and the destruction he made to his life and that of his family. My personal reaction to the news of his crimes included disbelief, anger, pain for the losses incurred by so many of my good friends, betrayal but also sadness for what had become of his life. I was fortunate I wasn't an investor but I felt like I had lost one of my best friends and this was devastating. Those initial phone calls with Michael caused me to believe that there was the risk he could cause physical harm to himself especially after I learned of the prior battles with depression. I also learned that he had previously been on suicide watch which made me more nervous but also raised so many questions about the actual depth of our friendship if I was never told. As I understand it, only selected family members knew of his depression and prior incidents although in retrospect, the signs were there. Michael and I became disconnected over the last ten years especially more recently as all his stories revolved around his drinking and he became increasingly unpredictable and undependable as a friend. In retrospect, these were signs of his mental instability and the life of crime that he was living. I never said anything to him and that's something I'll have to live with but if he'll let me, I want to be part of his mental health recovery. My own family has had several members that have fought with mental disease and in each case the disease showed itself abruptly and without warning to the broader set of family members. Like Michael, they tried to hide the pain and suffering. My sister-in-law committed suicide when I was 21 years old, my oldest sister was lost to severe depression for over a year around 20 years ago and more recently one of my nieces tried to take her life. My sister has been healthy for over 20 years because she acknowledges openly that she has a disease that needs medication and therapy while my niece and her immediate family continue to avoid the disease diagnosis instead focusing on keeping her "busy." The mental health of my sister and niece concern me a great deal but it has taught me to communicate my love, acknowledge the disease, look for signs, and to be empathetic to the struggles of persons living with mental disease. To be clear, I don't believe the disease excuses Michael of his crimes but I believe it's an important part of the story and in any event, a critical part of any path to redemption.

Michael and I have always bonded over our devotion to the Catholic religion. In fact, it was Michael that would pull me from the college dorm to join him at Catholic mass on Sundays and he would continue to do so when we were roommates in New York. It was an easy decision when I chose Michael as my religious sponsor at my confirmation which I did as an adult. This was one of the most important days in my life but I couldn't have gotten there without his spiritual mentorship and the way he showed me that church was more than just a ritual but something that you could love. I also loved how close he was to his family and how much he did for his parents. I'm close to my family but Michael always provided a good example of what it meant to bring his family into all facets of his life as he did so many things with and for them. He made me want to be a better son,

DocuSign Envelope ID: B84BAA48-F7D4-47E6-A6FE-6D410515386D

brother, cousin and uncle. I know his religion and beliefs in Christ are tied to his love of family which is why it's so hard to comprehend the moral compromises he made the last 10+ years. In recent months we've talked often about seeking redemption and finding his religion again. Michael wants to reconnect with God but he acknowledges that he has moments where he gives into temptation and allows himself to be delusional. Whether its justifying his crimes as a situation that could have been fixed if he'd had more time or not fully acknowledging the depth of the pain and suffering he caused on wealthy and non-wealthy friends alike, his moments of delusion are strong but he openly admits to me that these are his struggles. I take comfort that he's become more and more aware of these demons and its allowing him to fully understand the anger of his victims, the destruction to his life, his son's and all those that loved him most. This awareness and openness has increased over the last few months and evolved from the early days when he simply cried from the acknowledgement of what he'd done, followed by his desire to defend himself to the comprehension of what he'd done and the struggles he will continue to face on his journey to redemption. More recently, Michael tells me often that he is remorseful and that he wants to redeem his life, be a good father, help society as a teacher and perhaps in the distant future even repair some of his friendships.

I believe Michael can find redemption over time but as I've mentioned to him often, the process will take time, it will have missteps and can only be done through Christ. When we were young, Michael would remind me that the church was my moral compass and he would invite me to come back to church to reset whatever issues I was having on any given day or week. It's my turn now to remind Michael to find his moral compass again and I hope that he turns to God and His church during and after this time of so much pain. I believe with the right rehabilitation, therapy and potentially medication and a lot of his own hard work that he will find redemption. Redemption will help him return a healthy member of society and a positive impact on his son.

I know close to 20 of the investors and many of these investors are my closest friends including my two best men from my wedding. I care a great deal for each of these friendships and will work hard to be there for them as they deal with the pain, anger and financial losses caused by Michael. I want them to know that I'm not choosing sides, that I'm deeply sorry for their loss and pain and that I respect and appreciate that their experiences will be very different from mine. But I believe Michael has been sick for a long time and that he's earned my mercy through the love he's shown me from the first day I met him.

Sincerely,

Angel Fierro

Mr. Angel Fierro
June 7, 2018

August 5, 2018

To whom it may concern,

I have known mike as a high school classmate, then an acquaintance in our later years and now a friend over this past year. It's only in this last year have I begun to see a transformation, as he navigates coming to terms with the reasons and consequence of his actions. What is emerging, is a man who is recognizing the gravity of his decisions and subsequent actions and is taking the steps to make amends, and work introspectively on personal development to better himself, and his relationships with his family, his friends and investors.

Mike is not without his challenges in understanding that his emerging awareness, and road to forgiveness does not necessarily coincide with, or is on the same timeline as those whom have been negatively affected by his actions. Additionally, Mike, while recognizing positive changes in him self, as a result of the support he seeking in his addition recovery groups, is also becoming more aware of his weaknesses, evidently humbled by the need to be acutely aware to commit to this path of recovery.

His level of energy and drive that resulted in his negative actions, is still present, but is now directed towards a shift into making amends, personal development and being a better role model to his son. Mike is not without faults and challenges, approaching tasks with expectations of speedy, idealistic results, and thus will be ever reminded that patience and active listening will be needed in his recovery. What is certain, it's that Mike is determined and that his priority is getting healthy, raising his son and moving forward.

Sincerely,


Kerri Brady

Nicholas Ravn
7310 Paulsen Dr
Eden Prairie, MN 55346

August 17, 2018

Honorable Cathy Seibel
United States District Judge
United States District Court for the Southern District of New York

RE: Character Reference for Michael Scronic

Your Honor,

My name is Nick Ravn. I have known Mike Scronic since October 1990. We attended Stanford University together and have remained friends since.

I am aware of the securities fraud charges against Mike. Early in his fundraising, Mike approached me with the opportunity to invest. I declined because of a lack of liquidity in my finances at that time. I'm also a conservatively cautious investor.

When I learned of charges through media reports last fall, I was both saddened and shocked – because I think so highly of Mike. His defining characteristic has always been his ability to make people happy, to make them laugh. When we were in school together, Mike was universally liked. His personality was larger than life, but I – and I believe most people – found him truly genuine and authentic. He was kind, selfless, and genuinely interested in others.

When I heard the news of his charges, I struggled to understand. I felt a great sadness. Sadness because of the repercussions my friend would be facing, sadness for the financial and emotional victims, but also sadness because the charges didn't jive with the person I have known for nearly 30 years. It didn't make sense.

I've been in contact with Mike over the last several months. I'm aware of the steps he's been taking to address the problems he has created. He's shared with me the remorse he feels, and I believe he is acutely aware of the pain and destruction he's left for clients, friends, and family. I'm encouraged by his outlook on setting out to rehabilitate himself and do all he can to repair the damage he caused. He's taking steps to rehabilitate himself. He's taking steps to contribute to society in a positive way. He's doing all he can to remain an important part of his son MJ's life. These are the reasons I decided to write this letter.

Mike seems to be genuinely aware of the magnitude of his mistakes. In my opinion, he understands the impact of what's he's done to friends and members of his family. He continues to accept the consequences of his actions. Going forward, I believe he has set his mind to serving society, contributing positively to it, and living with a spirit of selflessness.

Thank you for considering my thoughts.

Sincerely,

Nicholas A. Ravn

Joseph D Jaffe
921 Lincoln Place, Apt 1
Brooklyn, NY 11213

April 19, 2018

To whom it may concern,

I am writing on behalf of Michael Scronic. I am his former brother in law and he is the uncle of my two children, Cooper Scronic Jaffe and Ella Scronic Jaffe. I understand that he has recently pled guilty to crimes that have damaged the lives of dozens of people, their families, and their respective financial security. His crimes are something I cannot and have no intention of trying to defend. The purpose of this communication is to hopefully offer you broader context to how Michael got to this point and how I feel an extended prison sentence will affect the life of his son, MJ.

Michael was raised in a home in which he and his sister were suffocated with attention and academic pressure, but not intimacy, with conditional praise offered only following high academic achievement. There was no shortage of effort from his parents, but there was also no real affection or love shown. No "I love you's" and very few hugs, if ever. I mention this not to seek sympathy for Michael, but rather to convey an explanation for his apparent lack of empathy or remorse for what he has done (which may be apparent, but is far from the truth. Michael is disgusted with himself and his actions). I believe the lack of normal, intimate, loving family experience with Michael has led to him being focused on a success-above-all-else approach to life because that is the philosophy on which he was raised. This not only led to Michael having an apparent lack of empathy, it also has led directly to him heading to prison. I believe this is consequent to the pressure and lack of intimacy from his parents. This has led to Michael being a socially awkward, usually quiet person who struggles to relate to people. However, it has also led to Michael being a very dedicated father given the shortcomings of his own childhood. Before and after his arrest, Michael's only apparent priority or interest was his son. That is where he focused his effort and he was always positive and constructive with everything he did with MJ. One cannot select a singular event or moment because they were almost inseparable until the arrest. If there is any hope of Michael not just re-assimilating into society, but becoming a better, more empathetic, and accountable person, the path leads through more time with MJ.

I'm not certain if he deserves this mercy I'm asking for in terms of his sentencing. But I do know that if he is issued a long prison sentence, which I know may be appropriate, it will be a death sentence for him and will ruin the life of MJ. While that must read as sensationalist exaggeration, I believe it to be true. Michael and MJ have a father/son bond that is very hard to come by. They are best friends. MJ is everything Michael was unable to be: outgoing, fun, and secure. A child who knows he is loved and supported by both his parents, especially by the center of his universe, his father.

Michael's guilt notwithstanding, I am begging this court to consider the length of his prison sentence very carefully as it could lead to the destruction of two lives, instead of one. A more lenient sentence preserves the potential MJ has to be a great kid and someone who could avoid his father's pitfalls. It also gives Michael a focus and motivation to be a more constructive member of his community if he's doing so with his son at his side. If Michael spends MJ's childhood in prison, you may as well put him away for life; there wouldn't be a difference for him.

Thank you for reading and for your consideration.

Sincerely,

Joseph D Jaffe

12 Everit Street
Brooklyn, NY 11201

Honorable Cathy Seibel
United States District Court Judge
Southern District of New York

August 1, 2018

Dear Judge Seibel:

I am writing in support of my younger brother, Michael Scronic.

The past ten months have been devastating for so many of us who enjoyed close relationships
with Michael over the years - most especially, for the many friends who were deceived, who lost
vast amounts of money, and who lost trust in their close friend, as a result of my brother's
actions. Personally, I was completely stunned by the news that Michael had taken and lost so
much money and deceived so many of his very best friends; these actions were so completely
at odds with everything I'd known of him when we were kids growing up together in our parents'
home, that it has taken me quite some time to process and revise my understanding of our
close family, our shared childhood, and the impact both had on my brother.

Michael was always the pride and joy of our family. Growing up he was diligent, obedient, and
eager to please. He was one of the highest achieving students at our local public school, and
our mother frequently praised him for being the very best in his class. By as early as third grade
we knew that our performance in school would determine our life's path, and the message was
clear that anything less than excellence - and the Ivy League - was unacceptable. For reasons I
still don't completely understand, as we got older our individual reactions to this pressure were
quite different. I responded by angrily questioning nearly everything my mother said; Michael's
response was to redouble his study hours and complete seemingly endless extra credit projects.
As a result, Michael was lavished with our mother's praise and love. The better he did in school
- especially in comparison to his peers - the more loving and happy she was toward him. In this
way, I believe he internalized a strong need to be the very best at everything he did, which is
ultimately at the root of his exaggerated sense of ambition.

Another side of Mike, though - and the part of him I like and admire most - is the part that makes
his actions so difficult to comprehend. My brother has always been one of the most
kind-hearted, humble, loyal, committed, and generous people I know. When I went through a
difficult divorce and became a single mother to two very young children, it was my little brother
who came to my aid, providing financial support when I couldn't pay my mortgage and business
advice when I needed it most. Similarly, Michael always cultivated and maintained many strong
and meaningful friendships from all aspects and stages of his life, and he was always the
person his friends reached out to when they needed something. His kindness, his compassion,

his silly sense of humor, and his genuine enthusiasm for others made him a magnet for friends.It is simply unfathomable to me that he would ever do anything to hurt the people he loved most.

This is where my own struggle for both comprehension and compassion lies. My brother is a man with an intense and deeply-felt need to succeed, and he also has a strong love and devotion to the well-being of his friends and family. Both have roots in his upbringing, and would normally appear to be unrelated. However, while processing everything over the past ten months I have come to believe that there is, in fact, a strong connection. Michael craves the love and admiration of those around him. An outcome of having received so much of our mother's love as the result of being "The Best" at everything academic, Michael's need for success took on a level of desperation and manifested itself in a need for professional success-at-all-costs. I have concluded that it was this desperate need for the love and approval of others that led him to hide his many personal failures and drive himself deeper and deeper into a hole from which he was ultimately unable to escape.

This is the only explanation I can come up with that would allow Michael to have deceived so many of his friends and family in such a terrible way.

For this man - for my little brother - I honestly feel a vacillating mix of sympathy and anger. I lived his childhood with him, and on the one hand I can see how the perverse link between achievement and love that we experienced as children has negatively affected us both. But I am angry with him because I, too, lived in that house yet didn't grow up to hurt anyone the way Michael has hurt our family. In fact, many people have suffered far more difficult childhoods and have never taken from others what my brother has taken from his closest friends. People in far more desperate situations have never told lies like the ones my brother has, which have had such extreme and dire consequences for others.

But I also acutely feel his pain. I can see that somewhere along the way Michael developed an unhealthy and delusional belief that his abilities could conquer any challenge. It is clear that he felt unable to ask others for help. I'm told that the patterns of his trading made no mathematical or financial sense; they more closely resemble the actions of an out-of-control gambler than a skilled and respected investor. His actions led to the demise of everything he valued - his closest friendships, the stability of his family, his relationship with his wife, the legacy of his role as a father to his son, and of course, life in general as he had come to know it. The only conclusion I can come to is that Michael is clearly sick. It appears clear to me that his actions are those of someone gripped by mental illness. My heart breaks for the loneliness and intense fear Michael must have felt, and I cannot believe that after all he did for me over the years, I was not able to return the favor and provide support for my little brother when he needed it most.

While I do believe that Michael's crimes deserve to be punished, I also believe that the type and duration of his discipline should be based in an understanding of the circumstances that

contributed to his situation, a focus on rehabilitation and retribution over punishment, and especially an acknowledgement of how his incarceration will likely affect his young son, with whom Michael enjoys a wonderfully sweet, genuinely loving, and beautiful relationship.

I respectfully request that the Court please consider how Michael's significant positive attributes might be of better use to society and to his son if his time were focused on getting himself the vital treatment and counseling he so clearly needs, and then working to pay back his debts and redeem himself in the eyes of his young son, MJ. It is MJ's health and well-being that is most at risk while his father is incarcerated, so I beg the Court to have compassion for the 6-year-old only child who stands to be most affected here. Please don't make him suffer the loss of his father. Please allow Michael to spend the rest of his days making up for his crimes by ensuring his son grows up secure in the unconditional love of his father.

Sincerely,


Tracey L. Scronic

## Physicians

Dave A. Alexander, Jr., M.D.
Allen F. Anderson, M.D.
Christian N. Anderson, M.D.
Christopher P. Ashley, M.D.
Matthew O. Barrett, M.D.
W. Cooper Beazley, M.D.
S. R. Brown, M.D.
Daniel S. Burrus, M.D.
Lucas J. Burton, M.D.
Alison L. Cabrera, M.D.
Joseph D. Chenger, M.D.
Mark R. Christofersen, M.D.
Robert E. Clendenin III, M.D.
Philip G. Coogan, M.D.
W. Chase Corn, M.D.
William H. DeVries, M.D.
Keith C. Douglas, M.D.
C. Robinson Dyer, M.D.
W. Blake Garside, Jr., M.D.
R. Edward Glenn, Jr., M.D.
Robert C. Greenberg, M.D.
Paul W. Grutter, M.D.
Jeffrey L. Herring, M.D.
Stanley G. Hopp, M.D.
O. Tom Johns, M.D.
Michael R. Jordan, M.D.
Kyle S. Joyner, M.D.
Philip A. G. Karpos, M.D.
Brian E. Koch, M.D.
Kurtis L. Kowalski, M.D.
William B. Kurtz II, M.D.
Justin W. Langan, M.D.
Jeffrey P. Lawrence, M.D.
William H. Ledbetter, M.D.
Robert W. Lowe III, M.D.
Lael M. Luedtke, M.D.
Edward S. Mackey, M.D.
J. Bartley McGehee III, M.D.
Russell C. McKissick, M.D.
Will A. Moore III, M.D.
J. Wills Oglesby, M.D.
Damon H. Petty, M.D.
Daniel L. Phillips, M.D.
S. Matthew Rose, M.D.
James H. Rubright, M.D.
James L. Rungee, M.D.
William A. Shell, Jr., M.D.
Juris Shibayama, M.D.
Jane M. Siegel, M.D.
Stuart E. Smith, M.D.
S. Tyler Staelin, M.D.
Gray C. Stahlman, M.D.
Timothy J. Steinagle, D.O.
Robert L. Thompson, M.D.
R. David Todd, M.D.
Thomas E. Tompkins, M.D.
Roderick A. Vaughan, M.D.
Lydia A. White, M.D.
Richard I. Williams, M.D.
Matthew P. Willis, M.D.
James R. Yu, M.D.

www.TOA.com



TENNESSEE ORTHOPAEDIC ALLIANCE

September 1, 2018
Honorable Cathy Seibel
United States District Court Judge
Southern District of New York

Dear Judge Seibel,

Thank you for taking the time to read this letter on behalf of Michael Scronic. As would be expected, I have mixed feelings about writing this letter to the court. I am saddened by the need to write a letter on behalf of a close personal friend who is facing a sentencing hearing in your court. However, I am glad to have the opportunity to speak on behalf of a man I have known for almost thirty years.

We entered Stanford University in 1989 together as freshmen. I have maintained a relationship with Mike since that time, including a visit to New York this past summer in July, 2017. In 1989, we both came across the country to California; I came from a small town in Tennessee to study engineering, and Mike came from New York study math. I got to know Mike more closely during my sophomore year when we lived in the same college housing. Thinking back to that year, I am not certain what caused me to want to be close friends with Michael; but, there was a connection that I plan to continue to maintain in the future. If I were to choose one thing that brought us together, it would be our shared value of having new experiences and learning with friends. We took several college scheduled trips together, and Mike was always an enthusiastic participant all activities which made all of us feel connected. He made a trip to Tennessee to visit with my family, and I made a trip to New York also. I always felt comfortable being with Mike. He kept me informed of his educational and professional pursuits in the years since college, and we met occasionally during this time.

Unfortunately, it may be this need to have new experiences and share them with friends that contributed to the situation that developed over the last several years. Also, his willingness to assume risk (gamble), in order to achieve success, compounded by the inability to acknowledge failure, probably created the current case where many friends and investors lost large sums of money. It may seem that Mike enjoyed a lifestyle during the last several that many would find enviable, and, to an extent, this is certainly true. However, strange as it may sound, I feel Michael is glad to be out of the cycle of deception in which he placed himself, even though he is confronted with a significant penalty.

Since the disclosure of the crime publicly and his arrest, I have spoken to Mike on a regular basis. He has professed a sadness about his mistakes and taken many steps to understand how to move forward. He has also developed a what seems to be a reasonable plan to gain employment after his term. He has a son that he cares for deeply. We have spoken about what it is like to be a parent on many occasions. He has spent a significant amount of time and energy to be with his son and to care for him in the best way possible under the current circumstances.

It is my understanding that his this letter may help you make a decision about the length of time Mike will serve. I feel strongly that the time in society he would be given with a lesser sentence would be well used. Meaning, when he is released, he will be able to have a significantly positive effect on his own family and contribute to others in the teaching profession using the technical skills he possesses. Thank you again for taking the time to read this letter.

Sincerely,

Robert Lowe

**One City Office**
8 City Boulevard, Suite 300
Nashville, Tennessee 37209
(615) 329-6600 Fax (615) 321-6226

**Centennial Office**
345 23rd Avenue North, Suite 212
Nashville, Tennessee 37203
(615) 963-9200 Fax (615) 963-9201

**Hendersonville Office**
353 New Shackle Island Road
Building C, Suite 148
Hendersonville, Tennessee 37075
(615) 265-5000 Fax (615) 265-5005

**Saint Thomas West Office**
4230 Harding Road, Suite 1000
Nashville, Tennessee 37205
(615) 383-2693 Fax (615) 297-1449

**Clarksville Office**
141 Hillcrest Drive
Clarksville, Tennessee 37043
(931) 552-4340 Fax (931) 552-0999

**Lebanon Office**
1616 West Main Street, Suite 300
Lebanon, Tennessee 37087
(615) 321-0200 Fax (615) 443-5488

**Skyline Office**
3443 Dickerson Pike, Suite 480
Nashville, Tennessee 37207
(615) 263-6500 Fax (615) 263-6505

**Cookeville Office**
315 N. Washington Avenue, Suite 150
Cookeville, Tennessee 38501
(931) 525-6676 Fax (931) 525-6689

**Murfreesboro Office**
1800 Medical Center Pkwy., Suite 200
Murfreesboro, Tennessee 37129
(615) 896-6800 Fax (615) 895-8890

**Smyrna Office**
300 Stonecrest Blvd., Suite 300
Smyrna, Tennessee 37167
(615) 267-6600 Fax (615) 267-6603

**Gallatin Office**
270 East Main Street, Suite 300
Gallatin, Tennessee 37066
(615) 675-2000 Fax (615) 278-1672

**Saint Thomas Midtown Office**
2004 Hayes Street, Suite 650
Nashville, Tennessee 37203
(615) 321-0200 Fax (615) 620-3266

**Williamson Medical Center Office**
4323 Carothers Parkway, Suite 600
Franklin, Tennessee 37067
(615) 236-5000 Fax (615) 236-5005

J. Mikael Totterman
78 Stoneleigh Court
Rochester, NY 14618

Re: Michael Scronic Sentencing

To Whom It May Concern:

I'm writing this letter to provide some additional context regarding Michael Scronic for his sentencing. I have know Michael since 1989 when we were both living in the same dorm in college and I have continued to stay in touch with him as one of my closest friends for the past 30 years.

This is probably the hardest letter that I have written because of the circumstance. However, while Mike clearly has done something terrible to effect all his close friends and family, I don't think that it was planned, intentional or malicious. This of course doesn't change the fact that it happened.

As you probably know already, Mike had a large and close group of friends from high school, college, business school and work. He did a remarkable job of staying in touch with all of us over multiple decades despite a busy career, and he could always be counted on to return your phone calls and spend time with you. If you were feeling down, spending time with Mike would always cheer you up. When during college I was looking for friends to come and visit me in Finland, where I grew up, he was one of the first folks who I though of inviting. When I needed to find a roommate for the summer in NYC, I called him, and he was more than happy to help arrange an apartment that we could share. During business trips to NYC over the past twenty years, I often stayed in his home and he always tried to arrange to make sure that I saw other friends and colleagues. When I was starting a company, he was once of the first people to support me.

Mike pursued a career in finance as that was what many of us from those schools did at the time. As a group, while we were supportive, I think that we were also quite competitive amongst ourselves. He spoke with me about ten years ago about wanting to switch careers and pursue teaching in high school instead. Of course, making such a switch mid-career is not always the easiest of transitions. It saddens me that Mike was not able to let us know that things were not working out as I think he would have found support for making the switch.

Since the FBI visiting his house, I've spoken with Mike several times a week to try to support him and as well as grapple with what happened to one of my best friends. As he has come to recognize what he has done, he is committing himself to trying to make sure that the rest of his life will be societally meaningful. I'm optimistic that after he returns back to society after his sentence, he will finally have a chance to transition to teaching children in whatever capacity that may be afforded him.

Respectfully,

Mikael Totterman