Top f term sheet.  ] 2am ] (doulbe
Liam term sheet              loses)
alex fdlow at 11am
+ jets          stub hub
+ ecomerce      Dodo

Jimy 8am    (A ecom) whit
Liam 7am              in
                      week

(Jet)  ~200    (3850)

[ 1.9 cm
  solid    2535 dd
  cystic ]   25

4 nae tln run    [Citi, bank
                  call
At Noon:         online at
  Whit           noon
  Liam
  Miguel

Goal: 100    9/29
      200   10/6
      400   10/13
      800   10/20
     1600   10/27
     3200   11/6
Vol ↑ 6400  11/13
     12800  11/20
Note bonds 25600 11/27

Wall Street slpscn
Note Kore Tesies

1) China, ECB, Fed
   eay, Ny fed non
   Faten in corn bnds
   but not in
   earns, elcn manub.

2) Nickel ↓ pom
   but still good
   USD.
   There fa Q3.

3) Beaux Atl
   Hike fnds slow

1) 6 STOs       U ↓
   transt Ise   high
               if
3) metal       no
   moves       bonds