UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------
    United States of America

-against-

    Michael Scronic,
               Defendant.
---------------------------------------------------------

Notice of Time
Change for Conference

7:18-CR-00043 (CS)

The Sentencing previously scheduled before this Court for **12:00 p.m.** will be held at **11:00 a.m.** on September 27, 2018 at the United States Courthouse, 300 Quarropas St., White Plains, NY 10601.

                                        /s/ Walter Clark, Courtroom Deputy

Dated: White Plains, New York
       September 18, 2018