```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
                                    :
UNITED STATES OF AMERICA            :
                                    :
                                    :   18 Cr. 43 (CS)
     - v -                          :
                                    :
MICHAEL SCRONIC,                    :   ORDER
                                    :
          Defendant.                :
                                    :
- - - - - - - - - - - - - - - - - -X
```

The United States of America (James McMahon, Assistant United States Attorney, appearing), having moved for an order compelling Interactive Brokers to transfer all funds in: 1) account number UXXX402, in the name of Michael W. Scronic; and 2) account number UXXX110, in the name of Michael W. Scronic, IRA, to the Clerk, United States District Court; and

This Court having ordered on October 4, 2018 that the defendant make an immediate lump sum restitution payment of $24,100;

This Court having found, pursuant to 18 U.S.C. § 3664(m)(1)(A), that having Interactive Brokers transfer these funds directly to the Clerk is a reasonable means of enforcing its October 4, 2018 order; and

The defendant having consented to entry of this Order;

IT IS on this  30th  day of November 2018, ORDERED THAT:

1. Interactive Brokers shall transfer the balances now in account number UXXX402, in the name of Michael W. Scronic; and 2) account number UXXX110, in the name of Michael W. Scronic, IRA, to the Clerk, United States District Court, 300 Quarropas Street, White Plains, New York 10601; and

2. The funds received from Interactive Brokers be applied to the defendant's restitution obligations under this Court's October 4, 2018 order.

_____
HON. CATHY SEIBEL
UNITED STATES DISTRICT JUDGE